COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Larry Stanley and Terri Stanley v. John McClanahan

Appellate case number:   01-13-00982-CV

Trial court case number: D-13-5,197

Trial court:             County Court of Colorado County

In this forcible-detainer action, appellants, Larry Stanley and Terry Stanley, have filed an "Emergency Motion to Stay Writ of Possession." Appellants are not entitled to a stay in this case because they did not file a supersedeas bond within 10 days of the county court's judgment. *See* TEX. PROP. CODE ANN. § 24.007 (West Supp. 2013) ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court."); *In re Campbell*, No. 03-13-00712-CV, 2013 WL 5878895, at *1 (Tex. App.— Austin Oct. 30, 2013, orig. proceeding) (mem. op.) ("An appellate court may not stay the judgment unless a supersedeas bond in accordance with section 24.007 has been filed."); *Holmes v. Al Jaafreh*, No. 10-11-00320-CV, 2013 WL 2399059, at *1 n. 1 (Tex. App.—Waco May 30, 2013, no pet.) (mem. op.) (noting denial of emergency request to stay execution of writ of possession because appellant failed to file supersedeas bond); *Phillips v. Branch Banking & Trust Co.*, No. 03-11-00461-CV, 2012 WL 424875, at *1 (Tex. App.—Austin Feb. 1, 2012, order) (denying emergency motion to stay execution of writ of possession because appellant did not post supersedeas bond in accordance with section 24.007); *see also Wilhelm v. Fed. Nat'l Mortg. Ass'n*, 349 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, no pet.) ("If a supersedeas bond in the amount set by the trial court is not filed, the judgment in a forcible-detainer action may be enforced and a writ of possession may be executed evicting the defendant from the premises in question."). Appellants' motion is **DENIED**.[1]

It is so ORDERED.

---

[1]     We note that appellants vacated the property on November 7, 2013, 12 days before they filed their emergency motion.

Judge's signature: /s/ Laura C. Higley
☒ Acting individually    ☐ Acting for the Court

Date:  February 4, 2014